IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MELVIN L. SAULSBERRY, II,
    Plaintiff,

vs.                               Case No. 3:12cv167/LAC/EMT

D. KENT and
C. ROBARDS,
    Defendants.
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 30, 2013 (doc. 34). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion (doc. 28) is **GRANTED**.

3. This case is **DISMISSED with prejudice** for Plaintiff's failure to exhaust available administrative remedies.

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 15th day of February, 2013.

                                      s/_L.A. Collier_
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**